ALICE C. HUNT, as Administratrix of the Estate of GEORGE A. HUNT, Deceased, Respondent, *v.* DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant.

*Hunt* v. *Dexter Sulphite Pulp & Paper Co.*, 100 App. Div. 119, affirmed.
(Argued November 22, 1905; decided December 12, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Purcell* for appellant.

*A. E. Kilby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES SEELEY, Appellant.

*People* v. *Seeley*, 105 App. Div. 149, affirmed.
(Argued November 23, 1905; decided December 12, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1905, which affirmed a judgment of the Schuyler County Court rendered upon a verdict convicting the defendant of the crime of violating section 31 of the Liquor Tax Law.

*Lewis E. Mosher* for appellant.

*Seaman F. Northrup* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: GRAY, BARTLETT, HAIGHT and WERNER, JJ.
Dissenting: CULLEN, Ch. J., O'BRIEN and VANN, JJ.